**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.83.56.212,<br><br>    Defendant. | Case No. 3:20-cv-02676-FLW-TJB<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), [ECF No. 9] in response to the Court's letter order dated May 6, 2020, directing Plaintiff to promptly advise the Court when a decision in *Strike 3 Holdings, LLC v. Doe*, No. 18-12585, 2019 WL 5446239 (D.N.J. Oct. 24, 2019) is rendered, "at which point Plaintiff may request that the instant motion be reinstated," [ECF No. 8]; it appearing that Plaintiff has promptly advised the Court that a decision in that matter has been rendered; the Court having

considered Plaintiff's written submissions in connection with the request pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this 15th day of July, 2020,

**ORDERED** that the stay of this matter is LIFTED;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall REINSTATE Plaintiff's Motion for Discovery Seeking Leave To Serve A Third Party Subpoena Prior To A Rule 26(f) Conference [ECF No. 4].

By: _____
The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge

☐  Opposed
☐  Unopposed