**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 68.83.56.212, <br><br> Defendant. | Case No.  3:20-cv-02676-FLW-TJB <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), on a Motion for an extension of time within in which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m); it appearing that Defendant John Doe subscriber assigned IP address 68.83.56.212 ("Defendant") has not yet been served in this matter, but has consented to the entry of this Order through counsel; the Court

having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this __25th____ day of _____August_____, 2020,

**ORDERED** that Plaintiff's motion [ECF No. 13] is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff's time to effectuate service of process on Defendant is extended to October 10, 2020.

By:  _s/Tonianne J. Bongiovanni_____
The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge

☐  Opposed
X   Unopposed

The Clerk of the Court is directed to terminate Docket Entry No. 13.